**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| ENVIRONMENTAL PROGRESS, INC., a South Carolina corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 3:15-3128-JMC |
| TERRY M. CAMPBELL, NATIONWIDE MUTUAL INS CO., NATIONWIDE INSURANCE COMPANY OF AMERICA, NATIONWIDE GENERAL INS CO., NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, NATIONWIDE ASSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INS CO., NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY and JOHN DOES 1-10, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, ENVIRONMENTAL PROGRESS, INC. and Defendants, TERRY M. CAMPBELL, NATIONWIDE MUTUAL INS CO., NATIONWIDE INSURANCE COMPANY OF AMERICA, NATIONWIDE GENERAL INS CO., NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, NATIONWIDE ASSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INS CO. and NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

By: s/ John G. Felder, Jr.
John G. Felder, Jr.
McGOWAN HOOD FELDER
1517 Hampton St.
Columbia, SC  29201
Telephone:  803-779-0100
Fax:  803-256-0702
jfelder@mcgowanhood.com

AND:

Brian J. Wanca
Ryan M. Kelly
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone:  847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com

*Attorneys for Plaintiff, ENVIRONMENTAL PROGRESS, INC.*

By: s/ Brian A. Comer
Brian A. Comer
COLLINS & LACY, P.C.
330 Lady Street, 6th Floor
Columbia, SC  29201
Telephone:  803-256-2660
Fax:  803-771-4484
bcomer@collinsandlacy.com

*Attorneys for Defendant, TERRY M. CAMPBELL*

By: s/ E. Raymond Moore, III
E. Raymond Moore, III
MURPHY & GRANTLAND, P.A.
Post Office Box 6648
Columbia, SC  29260
Telephone:  803-782-4100
Fax:  830-782-4140
ermoore@murphygrantland.com

Sonia Martin
DENTONS
525 Market Street, 26th Floor
San Francisco, CA  94105-2708
Telephone:  415-882-2476
sonia.martin@dentons.com

*Attorneys for Nationwide Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ John G. Felder, Jr.

2